No. 06–1076, 06–1128.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2006.

**CARPAD, INC. and Steven Saylor, Plaintiffs–Appellants,**

v.

**BROOKSTONE COMPANY, INC., Defendant–Appellee.**

No. 06–1164.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2006.

Rehearing En Banc Denied Dec. 8, 2006.

Before MICHEL, Chief Judge, LOURIE and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED*. *See* Fed. Cir. R. 36.